```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
                        FORT WORTH DIVISION
```

LATOYA HENDERSON, individually  §
and on behalf of all others     §
similarly situated              §
                                §
VS.                             §   ACTION NO. 4:20-CV-066-Y
                                §
EVEREST RECEIVABLE SERVICES     §
INC., ET AL.                    §

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne by plaintiff Latoya Henderson.

SIGNED October 22, 2020.

*(signature)*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE